**SKH Management Co.**
d/b/a SKH Wholesale Distributors
d/b/a Stauffers of Kissel Hill
P.O. Box 1500  Lititz, PA 17543-7025  (717) 626-4771

Brad Beck                 Mechanicsburg                 1290147

| Pay Period | Rate | Hours | Earnings | Benefits | Other Pay | Gross Amt |
|---|---|---|---|---|---|---|
| 05/01/2017 05/07/2017 | 9.250 | Reg 14.40 | 133.20 | | | 133.20 |

YTD Gross  494.05

| Deductions | Fed W/H | Soc Sec | Medicare | State | Local | SUI | LST | Net Amt |
|---|---|---|---|---|---|---|---|---|
| Current | 0.00 | 8.26 | 1.93 | 4.09 | 1.67 | 0.09 | 1.00 | 116.16 |
| Year to Date | 0.00 | 30.63 | 7.16 | 15.18 | 6.19 | 0.34 | 4.00 | |

Tax Status  Married  0 Dependents

The last day to use your VPS days is December 31, 2017.

**SKH Management Co.**
P.O. Box 1500 Lititz, PA 17543-7025  d/b/a SKH Wholesale Distributors
(717) 626-4771  d/b/a Stauffers of Kissel Hill

Brad Beck    Mechanicsburg    1289699

| Pay Period | Rate | Hours | Earnings | Benefits | Other Pay | Gross Amt |
|---|---|---|---|---|---|---|
| 04/24/2017 04/30/2017 | 9.250 | Reg 15.90 | 147.08 | | | 147.08 |

YTD Gross    360.85

| Deductions | Fed W/H | Soc Sec | Medicare | State | Local | SUI | LST | Net Amt |
|---|---|---|---|---|---|---|---|---|
| Current | 0.00 | 9.12 | 2.13 | 4.52 | 1.84 | 0.10 | 1.00 | 128.37 |
| Year to Date | 0.00 | 22.37 | 5.23 | 11.09 | 4.52 | 0.25 | 3.00 | |

Tax Status: Married 0 Dependents

The last day to use your VPS days is December 31, 2017.

==> ** Interested in learning a new skill? Take advantage of our self-referral program and sign up for Presenting with Confidence and/or Resolving Conflict with Coworkers. See your manager for a flyer with new dates and enrollment information. **

| SKH Management Co. P.O. Box 1500 Lititz, PA 17543-7025 | d/b/a SKH Wholesale Distributors d/b/a Stauffers of Kissel Hill (717) 626-4771 | | Brad Beck | | Mechanicsburg | | 1289174 |
|---|---|---|---|---|---|---|---|

| Pay Period | Rate | Hours | Earnings | Benefits | Other Pay | | Gross Amt |
|---|---|---|---|---|---|---|---|
| 04/17/2017 04/23/2017 | 9.250 | Reg 15.45 | 142.91 | | | | 142.91 |

YTD Gross 213.77

| Deductions | Fed W/H | Soc Sec | Medicare | State | Local | SUI | LST | Net Amt |
|---|---|---|---|---|---|---|---|---|
| Current | 0.00 | 8.86 | 2.07 | 4.39 | 1.79 | 0.10 | 1.00 | 124.70 |
| Year to Date | 0.00 | 13.25 | 3.10 | 6.57 | 2.68 | 0.15 | 2.00 | |

Tax Status: Married 0 Dependents

The last day to use your VPS days is December 31, 2017.

==> *** Interested in learning a new skill? Take advantage of our self-referral program and sign up for Presenting with Confidence and/or Resolving Conflict with Coworkers. See your manager for a flyer with the new dates and enrollment information. ***

**SKH Management Co.**
d/b/a SKH Wholesale Distributors
d/b/a Stauffers of Kissel Hill
P.O. Box 1500 Lititz, PA 17543-7025 (717) 626-4771

Brad Beck     Mechanicsburg     1288739

| Pay Period | Rate | Hours | Earnings | Benefits | Other Pay | Gross Amt |
|---|---|---|---|---|---|---|
| 04/10/2017 | 9.250 Reg | 7.66 | 70.86 | | | |
| 04/16/2017 | | | | | | 70.86 |

YTD Gross     70.86

| Deductions | Fed W/H | Soc Sec | Medicare | State | Local | SUI | LST | Net Amt |
|---|---|---|---|---|---|---|---|---|
| Current | 0.00 | 4.39 | 1.03 | 2.18 | 0.89 | 0.05 | 1.00 | 61.32 |
| Year to Date | 0.00 | 4.39 | 1.03 | 2.18 | 0.89 | 0.05 | 1.00 | |

Tax Status: Married 0 Dependents

The last day to use your VPS days is December 31, 2017.

==> "**" Interested in learning a new skill? Take advantage of our self-referral program and sign up for Presenting with Confidence and/or Resolving Conflict with Coworkers. See your manager for a flyer with new dates and enrollment information "**"



Brad Beck
67 Pine Street
Dillsburg, PA 17019

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Beck, Brad | 00552519 | 11 | 04/30/17 - 05/13/17 | 499347 | $1,173.26 |
| Filing Status: | Married | Exemptions: | 2 | Add'l Withholding: | |
| School District: | YO-NORTHERN YORK CO S D-CARROL | | | | |

### Pay Stub Summary

| | Current | YTD |
|---|---|---|
| Check/Deposit Date: | May 25, 2017 | 2017 |
| Gross Amount: | 1,601.90 | 2,929.90 |
| Total Employee Deductions: | 428.64 | 792.71 |
| Net Amount: | 1,173.26 | 2,137.19 |
| Total Employer Contributions: | 708.91 | 1,411.23 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---|
| 499347 | Direct Deposit | Members 1st FCU | Checking | 1,173.26 |

### Earnings

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Overtime Pay | 11.00 | 24.900000 | 273.90 |
| Regular Pay | 80.00 | 16.600000 | 1,328.00 |

### Benefits or Deductions

| Type | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|
| Capital Blue Cross (Pre-Tax) | 45.32 | 90.64 | 471.18 | 942.36 |
| Guardian Dental | 5.75 | 11.50 | .00 | .00 |
| Capital Blue Cross Vision | 5.52 | 11.04 | .00 | .00 |
| The Standard Retirement | 99.60 | 199.20 | 119.52 | 239.04 |
| FICA Medicare Tax | 22.40 | 40.84 | 22.40 | 40.84 |
| FICA Social Security Tax | 95.81 | 174.64 | 95.81 | 174.64 |
| Federal Income Tax | 84.36 | 137.12 | .00 | .00 |
| State Income Tax-PA | 47.44 | 86.47 | .00 | .00 |
| PA Unemployment Tax | 1.12 | 2.05 | .00 | .00 |
| PA Local Income Tax (Mi-Y) | 19.32 | 35.21 | .00 | .00 |
| Local Services Tax | 2.00 | 4.00 | .00 | .00 |



Brad Beck
67 Pine Street
Dillsburg, PA 17019

| Employee | ID | Pay # | Pay Period | Check/Deposit # | Amount |
|---|---|---|---|---|---|
| Beck, Brad | 00552519 | 10 | 04/16/17 - 04/29/17 | 497478 | $963.93 |
| Filing Status: | Married | Exemptions: | 2 | Add'l Withholding: | |
| School District: | YO-NORTHERN YORK CO S D-CARROL | | | | |

## Pay Stub Summary

| | Current | YTD |
|---|---|---|
| Check/Deposit Date: | May 11, 2017 | 2017 |
| Gross Amount: | 1,328.00 | 1,328.00 |
| Total Employee Deductions: | 364.07 | 364.07 |
| Net Amount: | 963.93 | 963.93 |
| Total Employer Contributions: | 702.32 | 702.32 |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Type | Amount |
|---|---|---|---|---|
| 497478 | Direct Deposit | Members 1st FCU | Checking | 963.93 |

## Earnings

| Type | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 80.00 | 16.600000 | 1,328.00 |

## Benefits or Deductions

| Type | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|
| Capital Blue Cross (Pre-Tax) | 45.32 | 45.32 | 471.18 | 471.18 |
| Guardian Dental | 5.75 | 5.75 | .00 | .00 |
| Capital Blue Cross Vision | 5.52 | 5.52 | .00 | .00 |
| The Standard Retirement | 99.60 | 99.60 | 119.52 | 119.52 |
| FICA Medicare Tax | 18.44 | 18.44 | 18.44 | 18.44 |
| FICA Social Security Tax | 78.83 | 78.83 | 78.83 | 78.83 |
| Federal Income Tax | 52.76 | 52.76 | .00 | .00 |
| State Income Tax-PA | 39.03 | 39.03 | .00 | .00 |
| PA Unemployment Tax | .93 | .93 | .00 | .00 |
| PA Local Income Tax (MI-Y) | 15.89 | 15.89 | .00 | .00 |
| Local Services Tax | 2.00 | 2.00 | .00 | .00 |
| Group Life Insurance | .00 | .00 | 4.90 | 4.90 |
| Accid. Death & Dismemberment | .00 | .00 | .70 | .70 |
| Guardian -- Long-Term Disability | .00 | .00 | 7.48 | 7.48 |
| Guardian -- Short Term Disability Insurance | .00 | .00 | 1.27 | 1.27 |

| Employee Name | Person Number | Period Date | Payment Date |
|---|---|---|---|
| LeAnn Beck | 105427 | 01-MAY-2017 - 14-MAY-2017 | 26-MAY-2017 |
| **Tax Reporting Unit Name** | **Tax Reporting Unit Address** | **Advice Number** | **Base Salary** |
| Keystone Service Systems, Inc | 124 Pine Street<br>Harrisburg, PA 17101 | 105427 | 12.57 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,006.20 | 124.86 | 162.98 | 49.46 | 668.30 |
| Year to Date | 15,543.17 | 1,919.01 | 2,856.14 | 494.60 | 10,266.82 |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Regular Hours | 12.57 | 57 | 716.49 | 12,324.91 |
| PTO Time Paid | 12.57 | 22 | 276.54 | 628.50 |
| Training Hours | 12.57 | 1 | 12.57 | 194.84 |
| OT Overtime Premium | | | 0.00 | 1,986.08 |
| Designated Holiday Paid | | | 0.00 | 301.68 |
| Designated Holiday OT | | | 0.00 | 62.85 |
| Add Ind Support | | | 0.00 | 25.14 |
| Admin Leave Paid | | | 0.00 | 12.57 |
| Group Term Life EE | | | 0.60 | 6.60 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 54.80 | 1,127.42 |
| Social Security Employee Withheld | 54.64 | 878.52 |
| Medicare Employee Withheld | 12.78 | 205.46 |
| SIT Withheld (PA) | 27.04 | 434.81 |
| SUI Employee Withheld (PA) | 0.71 | 10.88 |
| City Withheld (Carroll Township) | 4.40 | 70.81 |
| PA Local Service Tax | 2.00 | 10.00 |
| PA Local Service Tax | 0.00 | 12.00 |
| School Withheld (Northern York Co S | 6.61 | 106.24 |
| Voluntary Life | 29.85 | 298.50 |
| STD | 19.61 | 196.10 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical EE | 100.00 | 1,100.00 |
| Dental EE | 21.16 | 232.76 |
| Vision EE | 3.70 | 40.70 |
| Plan 401K | 0.00 | 545.55 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical ER | 370.07 | 4,070.77 |
| Social Security Employer Liability | 54.64 | 878.52 |
| Medicare Employer Liability | 12.78 | 205.46 |
| Dental ER | 4.37 | 48.07 |
| LTD | 3.62 | 25.34 |
| Group Term Life ER | 2.79 | 30.69 |
| Health Advocate | 0.69 | 7.59 |
| ADD | 0.49 | 5.39 |
| EAP | 0.35 | 3.85 |
| Plan 401K Employer Match | 0.00 | 136.40 |

---

Keystone Service Systems, Inc
124 Pine Street
Harrisburg, PA 17101

**Advice Number** 105427

**Date** 26-MAY-2017

**Deposit Amount:** 668.30

**DIRECT DEPOSIT INFORMATION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | XXXXXX8210 | 668.30 |

**To The Account(s) of**
LeAnn Beck
67 Pine St
Dillsburg, PA 17019

NON-NEGOTIABLE

Case 1:17-bk-02251-RNO    Doc 16 Filed 07/14/17    Entered 07/14/17 16:13:02    Desc
Main Document    Page 7 of 10

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name** | **Person Number** | | **Period Date** | | **Payment Date** |
| LeAnn Beck | 105427 | | 17-APR-2017 - 30-APR-2017 | | 12-MAY-2017 |
| **Tax Reporting Unit Name** | **Tax Reporting Unit Address** | | | **Advice Number** | **Base Salary** |
| Keystone Service Systems, Inc | 124 Pine Street Harrisburg, PA 17101 | | | 105427 | 12.57 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,449.30 | 182.81 | 265.63 | 49.46 | 950.80 |
| Year to Date | 14,536.97 | 1,794.15 | 2,693.16 | 445.14 | 9,598.52 |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Regular Hours | 12.57 | 94 | 1,181.58 | 11,608.42 |
| OT Overtime Premium | 6.29 | 23.5 | 147.70 | 1,986.08 |
| Training Hours | 12.57 | 9.5 | 119.42 | 182.27 |
| PTO Time Paid | | | 0.00 | 351.96 |
| Designated Holiday Paid | | | 0.00 | 301.68 |
| Designated Holiday OT | | | 0.00 | 62.85 |
| Add Ind Support | | | 0.00 | 25.14 |
| Admin Leave Paid | | | 0.00 | 12.57 |
| Group Term Life EE | | | 0.60 | 6.00 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 104.11 | 1,072.62 |
| Social Security Employee Withheld | 82.12 | 823.88 |
| Medicare Employee Withheld | 19.20 | 192.68 |
| SIT Withheld (PA) | 40.64 | 407.77 |
| SUI Employee Withheld (PA) | 1.01 | 10.17 |
| City Withheld (Carroll Township) | 6.62 | 66.41 |
| PA Local Service Tax | 2.00 | 8.00 |
| PA Local Service Tax | 0.00 | 12.00 |
| School Withheld (Northern York Co S | 9.93 | 99.63 |
| Voluntary Life | 29.85 | 268.65 |
| STD | 19.61 | 176.49 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical EE | 100.00 | 1,000.00 |
| Plan 401K | 57.95 | 545.55 |
| Dental EE | 21.16 | 211.60 |
| Vision EE | 3.70 | 37.00 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical ER | 370.07 | 3,700.70 |
| Social Security Employer Liability | 82.12 | 823.88 |
| Medicare Employer Liability | 19.20 | 192.68 |
| Plan 401K Employer Match | 14.49 | 136.40 |
| Dental ER | 4.37 | 43.70 |
| LTD | 3.62 | 21.72 |
| Group Term Life ER | 2.79 | 27.90 |
| Health Advocate | 0.69 | 6.90 |
| ADD | 0.49 | 4.90 |
| EAP | 0.35 | 3.50 |

---

Keystone Service Systems, Inc
124 Pine Street
Harrisburg, PA 17101

**Advice Number** 105427

**Date** 12-MAY-2017

**Deposit Amount:** 950.80

**DIRECT DEPOSIT INFORMATION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | XXXXXX8210 | 950.80 |

**To The Account(s) of**
LeAnn Beck
67 Pine St
Dillsburg, PA 17019

**NON-NEGOTIABLE**

| Employee Name | Person Number | Period Date | Payment Date |
|---|---|---|---|
| LeAnn Beck | 105427 | 03-APR-2017 - 16-APR-2017 | 28-APR-2017 |
| Tax Reporting Unit Name | Tax Reporting Unit Address | Advice Number | Base Salary |
| Keystone Service Systems, Inc | 124 Pine Street Harrisburg, PA 17101 | 105427 | 12.57 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,336.17 | 178.28 | 235.73 | 49.46 | 872.10 |
| Year to Date | 13,087.67 | 1,611.34 | 2,427.53 | 395.68 | 8,647.72 |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Regular Hours | 12.57 | 96.5 | 1,213.01 | 10,426.84 |
| OT Overtime Premium | 6.29 | 17.5 | 109.99 | 1,838.38 |
| Training Hours | 12.57 | 1 | 12.57 | 62.85 |
| PTO Time Paid | | | 0.00 | 351.96 |
| Designated Holiday Paid | | | 0.00 | 301.68 |
| Designated Holiday OT | | | 0.00 | 62.85 |
| Add Ind Support | | | 0.00 | 25.14 |
| Admin Leave Paid | | | 0.00 | 12.57 |
| Group Term Life EE | | | 0.60 | 5.40 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 87.82 | 968.51 |
| Social Security Employee Withheld | 75.10 | 741.76 |
| Medicare Employee Withheld | 17.57 | 173.48 |
| SIT Withheld (PA) | 37.17 | 367.13 |
| SUI Employee Withheld (PA) | 0.94 | 9.16 |
| City Withheld (Carroll Township) | 6.05 | 59.79 |
| PA Local Service Tax | 2.00 | 6.00 |
| PA Local Service Tax | 0.00 | 12.00 |
| School Withheld (Northern York Co S | 9.08 | 89.70 |
| Voluntary Life | 29.85 | 238.80 |
| STD | 19.61 | 156.88 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical EE | 100.00 | 900.00 |
| Plan 401K | 53.42 | 487.60 |
| Dental EE | 21.16 | 190.44 |
| Vision EE | 3.70 | 33.30 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical ER | 370.07 | 3,330.63 |
| Social Security Employer Liability | 75.10 | 741.76 |
| Medicare Employer Liability | 17.57 | 173.48 |
| Plan 401K Employer Match | 13.36 | 121.91 |
| Dental ER | 4.37 | 39.33 |
| LTD | 3.62 | 18.10 |
| Group Term Life ER | 2.79 | 25.11 |
| Health Advocate | 0.69 | 6.21 |
| ADD | 0.49 | 4.41 |
| EAP | 0.35 | 3.15 |

---

Keystone Service Systems, Inc
124 Pine Street
Harrisburg, PA 17101

**Advice Number** 105427

**Date** 28-APR-2017

**Deposit Amount:** 872.10

| DIRECT DEPOSIT INFORMATION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| CHECKING | XXXXXX8210 | 872.10 |

**To The Account(s) of**
LeAnn Beck
67 Pine St
Dillsburg, PA 17019

NON-NEGOTIABLE

| Employee Name | Person Number | Period Date | Payment Date |
|---|---|---|---|
| LeAnn Beck | 105427 | 20-MAR-2017 - 02-APR-2017 | 14-APR-2017 |
| Tax Reporting Unit Name | Tax Reporting Unit Address | Advice Number | Base Salary |
| Keystone Service Systems, Inc | 124 Pine Street<br>Harrisburg, PA 17101 | 105427 | 12.57 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,270.17 | 175.64 | 218.27 | 49.46 | 826.20 |
| Year to Date | 11,751.50 | 1,433.06 | 2,191.80 | 346.22 | 7,775.62 |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Regular Hours | 12.57 | 92 | 1,156.44 | 9,213.83 |
| OT Overtime Premium | 6.29 | 6 | 113.13 | 1,728.39 |
| | 12.57 | 6 | | |
| PTO Time Paid | | | 0.00 | 351.96 |
| Designated Holiday Paid | | | 0.00 | 301.68 |
| Designated Holiday OT | | | 0.00 | 62.85 |
| Training Hours | | | 0.00 | 50.28 |
| Add Ind Support | | | 0.00 | 25.14 |
| Admin Leave Paid | | | 0.00 | 12.57 |
| Group Term Life EE | | | 0.60 | 4.80 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 78.32 | 880.69 |
| Social Security Employee Withheld | 71.01 | 666.66 |
| Medicare Employee Withheld | 16.60 | 155.91 |
| SIT Withheld (PA) | 35.14 | 329.96 |
| SUI Employee Withheld (PA) | 0.89 | 8.22 |
| City Withheld (Carroll Township) | 5.72 | 53.74 |
| PA Local Service Tax | 2.00 | 4.00 |
| PA Local Service Tax | 0.00 | 12.00 |
| School Withheld (Northern York Co S | 8.59 | 80.62 |
| Voluntary Life | 29.85 | 208.95 |
| STD | 19.61 | 137.27 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical EE | 100.00 | 800.00 |
| Plan 401K | 50.78 | 434.18 |
| Dental EE | 21.16 | 169.28 |
| Vision EE | 3.70 | 29.60 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| HRA Medical ER | 370.07 | 2,960.56 |
| Social Security Employer Liability | 71.01 | 666.66 |
| Medicare Employer Liability | 16.60 | 155.91 |
| Plan 401K Employer Match | 12.70 | 108.55 |
| Dental ER | 4.37 | 34.96 |
| LTD | 3.62 | 14.48 |
| Group Term Life ER | 2.79 | 22.32 |
| Health Advocate | 0.69 | 5.52 |
| ADD | 0.49 | 3.92 |
| EAP | 0.35 | 2.80 |

---

Keystone Service Systems, Inc
124 Pine Street
Harrisburg, PA 17101

**Advice Number** 105427

**Date** 14-APR-2017

**Deposit Amount:** 826.20

**DIRECT DEPOSIT INFORMATION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| CHECKING | XXXXXX8210 | 826.20 |

**To The Account(s) of**
LeAnn Beck
67 Pine St
Dillsburg, PA 17019

NONNEGOTIABLE

Case 1:17-bk-02251-RNO    Doc 16 Filed 07/14/17 Entered 07/14/17 16:13:02    Desc
Main Document    Page 10 of 10