```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-02251-RNO
Brad Beck                                                           Chapter 13
LeAnn M. Beck
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 1         Date Rcvd: Jul 21, 2017
                              Form ID: ntnew341          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db/jdb         +Brad Beck,    LeAnn M. Beck,    67 Pine Street,    Dillsburg, PA 17019-9445
4927794        +AES,    PO BOX 61017,    HARRISBURG, PA 17106-1017
4927795        +Arcadia,    645 Penn Street,    Reading, Pennsylvania 19601-3543
4927797        +Bureau of Account Management,     3607 Rosemont,    Camp Hill, Pennsylvania 17011-6904
4927799        +Bureau of Employer Tax Oper,    PO Box 68568,     Harrisburg, Pennsylvania 17106-8568
4927800        +Commonwealth Financial,    245 Main Street,    Scranton, Pennsylvania 18519-1641
4927801        +FED LOAN,    PO BOX 60610,    HARRISBURG, PA 17106-0610
4927803        +KML Law Group,    Attn:  Matthew K. Fissel, Esq.,    Suite 5000-BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
4927804        +M3T Corporation,    2250 Bumble Bee Hollow Road,    Mechanicsburg, PA 17055-5564
4927805         Met-Ed,    PO Box 3687,    Akron, Ohio 44309-3687
4927806        +NATION STAR,    350 HIGHLAND,    HOUSTON, TX 77009-6623
4927808        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4927811         PPL,   827 Hausman Road,    Allentown, Pennsylvania 18104-9392
4927810        +Penn Waste,    P.O. Box 3066,    York, Pennsylvania 17402-0066
4927812        +State Colls,    PO Box 6250,    Madison, Wisconsin 53716-0250
4927813        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4927814         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4927802         E-mail/Text: cio.bncmail@irs.gov Jul 21 2017 19:04:32      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4927807        +E-mail/Text: Bankruptcies@nragroup.com Jul 21 2017 19:04:54      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, Pennsylvania 17111-1036
4927809         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2017 19:04:38      PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4927815        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 21 2017 19:04:40      United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4927796*       +Arcadia,    645 Penn Street,    Reading, Pennsylvania 19601-3543
4927798*       +Bureau of Account Management,     3607 Rosemont,    Camp Hill, Pennsylvania 17011-6904
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Joint Debtor LeAnn M. Beck jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Brad  Beck jmh@johnhyamslaw.com,   jak@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brad Beck
LeAnn M. Beck

Debtor(s)

Chapter 13

Case No. 1:17−bk−02251−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 14, 2017<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: JGoodling, Deputy Clerk

Date: July 21, 2017