# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brad Beck<br>LeAnn M. Beck<br>                    Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br>Brad Beck<br>LeAnn M. Beck<br>                    Debtor(s)<br>Charles J. DeHart, III Esq.<br>                    Trustee | NO. 17-02251 RNO |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of NATIONSTAR MORTGAGE LLC (Doc. 20), which was filed with the Court on or about July 26, 2017.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

August 10, 2017