```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                     Case No. 17-02251-RNO
Brad Beck                                                  Chapter 13
LeAnn M. Beck
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 2              Date Rcvd: Sep 18, 2017
                              Form ID: ntcnfhrg          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db/jdb         +Brad Beck,    LeAnn M. Beck,    67 Pine Street,    Dillsburg, PA 17019-9445
4927794        +AES,    PO BOX 61017,    HARRISBURG, PA 17106-1017
4927795        +Arcadia,    645 Penn Street,    Reading, Pennsylvania 19601-3543
4927797        +Bureau of Account Management,     3607 Rosemont,    Camp Hill, Pennsylvania 17011-6904
4927799        +Bureau of Employer Tax Oper,     PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4927800        +Commonwealth Financial,    245 Main Street,     Scranton, Pennsylvania 18519-1641
4927801        +FED LOAN,    PO BOX 60610,    HARRISBURG, PA 17106-0610
4927803        +KML Law Group,    Attn: Matthew K. Fissel, Esq.,     Suite 5000-BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
4927804        +M3T Corporation,    2250 Bumble Bee Hollow Road,     Mechanicsburg, PA 17055-5564
4927805         Met-Ed,    PO Box 3687,    Akron, Ohio 44309-3687
4927806        +NATION STAR,    350 HIGHLAND,    HOUSTON, TX 77009-6623
4963500       ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,      ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
4927808        +Office of Attorney General,     Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4927811         PPL,    827 Hausman Road,    Allentown, Pennsylvania 18104-9392
4927810        +Penn Waste,    P.O. Box 3066,    York, Pennsylvania 17402-0066
4927812        +State Colls,    PO Box 6250,    Madison, Wisconsin 53716-0250
4927813        +U.S. Department of Justice,     PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4927814         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4927802         E-mail/Text: cio.bncmail@irs.gov Sep 18 2017 19:12:36       Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4927807        +E-mail/Text: Bankruptcies@nragroup.com Sep 18 2017 19:13:30       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, Pennsylvania 17111-1036
4927809         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2017 19:12:49       PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,     Harrisburg, Pennsylvania 17128-0946
4927815        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 18 2017 19:12:58       United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4927796*       +Arcadia,    645 Penn Street,    Reading, Pennsylvania 19601-3543
4927798*       +Bureau of Account Management,     3607 Rosemont,    Camp Hill, Pennsylvania 17011-6904
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Joint Debtor LeAnn M. Beck jmh@johnhyamslaw.com,
           mii@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor Brad Beck jmh@johnhyamslaw.com,  mii@johnhyamslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brad Beck
LeAnn M. Beck

Debtor(s)

Chapter 13

Case No. 1:17−bk−02251−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **October 18, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 20, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2017 |