UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRAD BECK and : CHAPTER 13
LEANN M. BECK :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
BRAD BECK and :
LEANN M. BECK :
   Respondent(s) : CASE NO. 1-17-bk-02251

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this 12th day of October, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

         a. Residential real estate

     2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

         a. The plan is underfunded relative to claims to be paid (IRS claim).

     3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

         a. Unfiled 2014 and 2015 Federal Income Tax Returns (Claim #1).

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

         a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

BY:        /s/James K. Jones
          Attorney for Trustee 1

## CERTIFICATE OF SERVICE

AND NOW, this 12th day of October, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
555 Gettysburg Pike, Ste. C-402
Mechanicsburg, PA 17055

          /s/Deborah A. Behney
          Office of Charles J. DeHart, III
          Standing Chapter 13 Trustee