# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brad Beck<br>LeAnn M. Beck | CASE NO: 1:17-bk-02251<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/4/2018, I did cause a copy of the following documents, described below,

2nd Amended Plan,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/4/2018

/s/ John M. Hyams
John M. Hyams  87327PA
The Law Offices of John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055
717 766 5300
mii@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brad Beck
LeAnn M. Beck

CASE NO: 1:17-bk-02251

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 1/4/2018, a copy of the following documents, described below,

2nd Amended Plan,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/4/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA 17055

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

```
1 LABEL MATRIX FOR LOCAL NOTICING      2 AES                                   3 ATT MOBILITY II LLC
03141                                  PO BOX 61017                            ATT SERVICES INC
CASE 1-17-BK-02251-RNO                 HARRISBURG PA 17106-1017                KAREN A CAVAGNARO PARALEGAL
MIDDLE DISTRICT OF PENNSYLVANIA                                                ONE ATT WAY SUITE 3A104
HARRISBURG                                                                     BEDMINSTER NJ 07921-2693
THU JAN 4 12-43-39 EST 2018


4 ARCADIA                              5 BUREAU OF ACCOUNT MANAGEMENT          6 BUREAU OF EMPLOYER TAX OPER
645 PENN STREET                        3607 ROSEMONT                           PO BOX 68568
READING PENNSYLVANIA 19601-3543        CAMP HILL PENNSYLVANIA 17011-6904       HARRISBURG PENNSYLVANIA 17106-8568


7 COMMONWEALTH FINANCIAL               8 FED LOAN                              9 INTERNAL REVENUE SERVICE
245 MAIN STREET                        PO BOX 60610                            PO BOX 7346
SCRANTON PENNSYLVANIA 18519-1641       HARRISBURG PA 17106-0610                PHILADELPHIA PENNSYLVANIA 19101-7346


10 KML LAW GROUP                       11 M3T CORPORATION                      12 MET ED
ATTN MATTHEW K FISSEL ESQ              2250 BUMBLE BEE HOLLOW ROAD             CO FIRSTENERGY
SUITE 5000-BNY INDEPENDENCE CENTER     MECHANICSBURG PA 17055-5564             101 CRAWFORDS CORNER RD
701 MARKET STREET                                                              BLDG 1 SUITE 1-51
PHILADELPHIA PA 19106-1538                                                     HOLMDEL NJ 07733-1976


13 MET ED                              14 NATION STAR                          15 NATIONAL RECOVERY AGENCY
PO BOX 3687                            350 HIGHLAND                            2491 PAXTON STREET
AKRON OHIO 44309-3687                  HOUSTON TX 77009-6623                   HARRISBURG PENNSYLVANIA 17111-1036


16 OFFICE OF ATTORNEY GENERAL          17 PA DEPARTMENT OF REVENUE             18 PHEAA
FINANCIAL ENFORCEMENT SECTION          DEPARTMENT 280946 ATTN BANKRUPTCY DIVI  PO BOX 8147
STRAWBERR                              HARRISBURG PENNSYLVANIA 17128-0946      HARRISBURG PA 17105-8147
HARRISBURG PENNSYLVANIA 17120-0001


19 PPL                                 20 PENN WASTE                           21 PINNACLE CREDIT SERVICES LLC ITS
827 HAUSMAN ROAD                       PO BOX 3066                             SUCCESSORS
ALLENTOWN PENNSYLVANIA 18104-9392      YORK PENNSYLVANIA 17402-0066            ASSIGNS AS ASSIGNEE OF CACH LLC
                                                                               RESURGENT CAPITAL SERVICES
                                                                               PO BOX 10587
                                                                               GREENVILLE SC 29603-0587


22 STATE COLLS                         23 US DEPARTMENT OF EDUCATION           24 US DEPARTMENT OF JUSTICE
PO BOX 6250                            CO FEDLOAN SERVICING                    PO BOX 227 BEN FRANKLING STATION
MADISON WISCONSIN 53716-0250           PO BOX 69184                            WASHINGTON DISTRICT OF COLUMBIA 20044
                                       HARRISBURG PA 17106-9184                -0227


25 US DEPARTMENT OF EDUCATION          26 UNITED STATES ATTORNEY
P O BOX 16448                          PO BOX 11754
SAINT PAUL MN 55116-0448               HARRISBURG PENNSYLVANIA 17108-1754
```

ELECTRONIC NOTICE:
1:17-bk-02251-RNO

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

James Warmbrodt
701 Market Street,
Philadelphia, PA 19106

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722