```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-02251-RNO
Brad Beck                                                               Chapter 13
LeAnn M. Beck
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: DGeorge              Page 1 of 1            Date Rcvd: Jun 06, 2018
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Brad Beck,    LeAnn M. Beck,    67 Pine Street,    Dillsburg, PA 17019-9445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John Matthew Hyams     on behalf of Debtor 1 Brad  Beck jmh@johnhyamslaw.com, acb@johnhyamslaw.com,
               eah@johnhyamslaw.com
              John Matthew Hyams     on behalf of Debtor 2 LeAnn M. Beck jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**BRAD BECK**
**LEANN M. BECK**

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-17-bk-02251 RNO |
| Document No.: | 32 |
| Nature of Proceeding: | Second Amended Chapter 13 Plan |

## ORDER

After due consideration of the Debtors' Second Amended Chapter 13 Plan, filed to Docket No. 32, and the Objection of the Chapter 13 Trustee thereto, after hearing held on June 6, 2018, it is

ORDERED that Debtors must file their 2014 and 2015 Federal income tax returns and provide copies of same to the Chapter 13 Trustee within thirty (30) days of the date of this Order or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice; and,

FURTHER ORDERED that should the required income tax returns be timely filed and provided to the Trustee, the confirmation hearing is continued to **August 15, 2018**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

June 6, 2018