IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Brad Beck | : | |
| | : | CASE NO: 1:17-bk-02251-RNO |
| Debtor 1 | : | |
| | : | |
| LeAnn M. Beck | : | |
| Debtor 2 | | |

# ORDER

UPON CONSIDERATION of the Application to Allow Attorney Fees as an Administrative Expense, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Chapter 13 Trustee is directed to disburse the remaining funds, up to $4,000.00 to Debtor's counsel pursuant to 1326(a)(2) and 503(b)(2).