```
                  United States Bankruptcy Court
                  Middle District of Pennsylvania
```

```
In re:                                              Case No. 17-02251-RNO
Brad Beck                                           Chapter 13
LeAnn M. Beck
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DGeorge         Page 1 of 1              Date Rcvd: Jun 27, 2018
                            Form ID: trc          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
4988854        +PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Danielle  Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association et al c/o
         Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
        James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        John Matthew Hyams   on behalf of Debtor 1 Brad  Beck jmh@johnhyamslaw.com,  acb@johnhyamslaw.com,
         eah@johnhyamslaw.com
        John Matthew Hyams   on behalf of Debtor 2 LeAnn M. Beck jmh@johnhyamslaw.com,
         acb@johnhyamslaw.com,eah@johnhyamslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 6
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02251-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Brad Beck
67 Pine Street
Dillsburg PA 17019

LeAnn M. Beck
67 Pine Street
Dillsburg PA 17019

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/27/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: PHEAA, PO Box 8147, Harrisburg PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Educational Credit Management Corporatio
PO Box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/29/18

Terrence S. Miller
**CLERK OF THE COURT**