Rev. 03/01/13

<u>LOCAL BANKRUPTCY FORM 3015-3(a)</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Brad Beck : CHAPTER 13
LeAnn M. Beck :
: CASE NO. 1 - 17 -bk- 02251
:
:
:
Debtor(s) :

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____Brad Beck_____, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____08/15/2018_____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: ___08/13/2018___     BY: /s/ John M. Hyams
                                                Counsel for Debtor

DATED: ___8/13/18___     BY: ___Brad Beck___
                                                Debtor