```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02251-RNO
Brad Beck                                                           Chapter 13
LeAnn M. Beck
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: Sep 05, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db/jdb         +Brad Beck,    LeAnn M. Beck,    67 Pine Street,    Dillsburg, PA 17019-9445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Brad Beck jmh@johnhyamslaw.com, acb@johnhyamslaw.com,
               eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 LeAnn M. Beck jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**BRAD BECK**
**LEANN M. BECK**

\* Debtors

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-17-bk-02251 RNO** |
| Document No.: | **59** |
| Nature of Proceeding: | **Third Amended Chapter 13 Plan** |

## ORDER

After due consideration of the Debtors' Third Amended Chapter 13 Plan, filed to Docket No. 59, and the Objection of the Chapter 13 Trustee thereto, after hearing held on September 5, 2018, it is

ORDERED that Debtors must file their 2014 and 2015 federal income tax returns within thirty (30) days of the date of this Order or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice; and,

FURTHER ORDERED that should the required income tax returns be timely filed, the confirmation hearing is continued to **November 14, 2018**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

September 5, 2018