UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BRAD BECK<br>LEANN M BECK | CASE NO: 17-02251<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/10/2018, I did cause a copy of the following documents, described below,

4th Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/10/2018

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRAD BECK
       LEANN M BECK

CASE NO: 17-02251

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/10/2018, a copy of the following documents, described below,

4th Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA 17102

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-17-BK-02251-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE OCT 9 16-44-43 EDT 2018 | AES<br>PO BOX 61017<br>HARRISBURG PA 17106-1017 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 |
| ARCADIA<br>645 PENN STREET<br>READING PENNSYLVANIA 19601-3543 | ~~EXCLUDE~~<br>~~BRAD BECK~~<br>~~67 PINE STREET~~<br>~~DILLSBURG PA 17019-9445~~ | ~~EXCLUDE~~<br>~~LEANN M BECK~~<br>~~67 PINE STREET~~<br>~~DILLSBURG PA 17019-9445~~ |
| DANIELLE BOYLE EBERSOLE<br>HLADIK ONORATO FEDERMAN LLP<br>298 WISSAHICKON AVENUE<br>NORTH WALES PA 19454-4114 | BUREAU OF ACCOUNT MANAGEMENT<br>3607 ROSEMONT<br>CAMP HILL PENNSYLVANIA 17011-6904 | BUREAU OF EMPLOYER TAX OPER<br>PO BOX 68568<br>HARRISBURG PENNSYLVANIA 17106-8568 |
| COMMONWEALTH FINANCIAL<br>245 MAIN STREET<br>SCRANTON PENNSYLVANIA 18519-1641 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION<br>PO BOX 16408<br>ST PAUL MN 55116-0408 |
| EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION<br>PO BOX 16408<br>ST PAUL MN 55116-0408<br>EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATIO<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | FED LOAN<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PENNSYLVANIA 19101-7346 | KML LAW GROUP<br>ATTN MATTHEW K FISSEL ESQ<br>SUITE 5000-BNY INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1538 | M3T CORPORATION<br>2250 BUMBLE BEE HOLLOW ROAD<br>MECHANICSBURG PA 17055-5564 |
| MET ED<br>CO FIRSTENERGY<br>101 CRAWFORDS CORNER RD<br>BLDG 1 SUITE 1-51<br>HOLMDEL NJ 07733-1976 | MET ED<br>PO BOX 3687<br>AKRON OHIO 44309-3687 | NATION STAR<br>350 HIGHLAND<br>HOUSTON TX 77009-6623 |
| NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG PENNSYLVANIA 17111-1036 | NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>STRAWBERR<br>HARRISBURG PENNSYLVANIA 17120-0001 |
| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTN BANKRUPTCY DIVI<br>HARRISBURG PENNSYLVANIA 17128-0946 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 | PPL<br>827 HAUSMAN ROAD<br>ALLENTOWN PENNSYLVANIA 18104-9392 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PENN WASTE<br>PO BOX 3066<br>YORK PENNSYLVANIA 17402-0066 | PINNACLE CREDIT SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF CACH LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | STATE COLLS<br>PO BOX 6250<br>MADISON WISCONSIN 53716-0250 |
| US BANK NATIONAL ASSOCIATION ET AL<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004 IRVINE CA 92619 | US BANK NATIONAL ASSOCIATION ET AL<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004 IRVINE CA 92619<br>US BANK NATIONAL ASSOCIATION ET AL<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004 IRVINE CA 92619-5004 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLING STATION<br>WASHINGTON DISTRICT OF COLUMBIA 20044-0227 | US DEPARTMENT OF EDUCATION<br>P O BOX 16448<br>SAINT PAUL MN 55116-0448 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PENNSYLVANIA 17108-1754 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~220 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~220 WALNUT STREET ROOM 1190~~<br>~~HARRISBURG PENNSYLVANIA 17101-1722~~ | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |