```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02251-RNO
Brad Beck                                                       Chapter 13
LeAnn M. Beck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: Nov 14, 2018
                              Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db/jdb         +Brad Beck,   LeAnn M. Beck,   67 Pine Street,   Dillsburg, PA 17019-9445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, jzhang@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Brad  Beck jmh@johnhyamslaw.com, acb@johnhyamslaw.com,
               eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 LeAnn M. Beck jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

In re:

| | |
|---|---|
| Brad Beck, | Chapter 13 |
| **Debtor 1** | |
| LeAnn M. Beck, | Case No. 1:17–bk–02251–RNO |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 9, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 14, 2018

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

orcnfpln(05/18)