## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANI

IN RE:                                                        **CASE NO: 1702251**

    LEANN BECK
    SSN#: xxx-xx-7786
    Borrower#: 1025484601                                  **CHAPTER BK13**

Debtor(s)                                                    **CLAIM#: 10**

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:  U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
      National Payment Center           **NATIONAL PAYMENT CENTER**
      P O Box 105028                  **P O Box 790336**
      Atlanta, GA  30348-5028         **St. Louis, MO  63179-0336**

**NOTICES:**

Old:  U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
      P O Box 16448                   **P O Box 16448**
      Saint Paul, MN  55116-0448      **Saint Paul, MN  55116-0448**

Respectfully submitted this day, March 6, 2019

                        /s/  Xiong Me Lo
                        Bankruptcy Operation Specialist
                        Bankruptcy Department
                        PO Box 16448
                        St. Paul, MN  55116-0448
                        PH: (800) 363-4562  Fax: (877) 865 9741