In re:                                                                    Case No. 17-02251-HWV
Brad Beck                                                                 Chapter 13
LeAnn M. Beck
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: LyndseyPr         Page 1 of 2              Date Rcvd: Oct 18, 2019
                            Form ID: pdf010          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.

```
db/jdb       +Brad Beck,   LeAnn M. Beck,   67 Pine Street,   Dillsburg, PA 17019-9445
cr           +US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
4927794      +AES,   PO BOX 61017,   HARRISBURG, PA 17106-1017
4927795      +Arcadia,   645 Penn Street,   Reading, Pennsylvania 19601-3543
4927797      +Bureau of Account Management,   3607 Rosemont,   Camp Hill, Pennsylvania 17011-6904
4927799      +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4927800      +Commonwealth Financial,   245 Main Street,   Scranton, Pennsylvania 18519-1641
5077854       Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
5077855       Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
              Educational Credit Management Corporatio,   PO Box 16408,   St. Paul, MN 55116-0408
4927801      +FED LOAN,   PO BOX 60610,   HARRISBURG, PA 17106-0610
4927803      +KML Law Group,   Attn: Matthew K. Fissel, Esq.,   Suite 5000-BNY Independence Center,
              701 Market Street,   Philadelphia, PA 19106-1538
4927804      +M3T Corporation,   2250 Bumble Bee Hollow Road,   Mechanicsburg, PA 17055-5564
4979083      +Met Ed,   c/o FirstEnergy,   101 Crawford's Corner Rd,   Bldg #1 Suite 1-51,
              Holmdel NJ 07733-1976
4927805       Met-Ed,   PO Box 3687,   Akron, Ohio 44309-3687
4927806      +NATION STAR,   350 HIGHLAND,   HOUSTON, TX 77009-6623
4963500      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
              P.O. Box 619096,   Dallas, TX 75261-9741)
4927808      +Office of Attorney General,   Financial Enforcement Section, Strawberr,
              Harrisburg, Pennsylvania 17120-0001
4988854      +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
4927811       PPL,   827 Hausman Road,   Allentown, Pennsylvania 18104-9392
4927810      +Penn Waste,   P.O. Box 3066,   York, Pennsylvania 17402-0066
4982268       Pinnacle Credit Services, LLC its successors and,   assigns as assignee of CACH, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4927812      +State Colls,   PO Box 6250,   Madison, Wisconsin 53716-0250
5077649      +U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,
              P.O. Box 55004, Irvine, CA 92619,   U.S. Bank National Association et al,
              c/o Rushmore Loan Management Services,   P.O. Box 55004, Irvine, CA 92619-5004
5077648       U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,
              P.O. Box 55004, Irvine, CA 92619
4979149       U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
              Harrisburg, PA 17106-9184
4927813      +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
              Washington, District of Columbia 20044-0227
4990477       US Department of Education,   P O Box 16448,   Saint Paul MN 55116-0448
4927814       United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4983211      +E-mail/Text: g20956@att.com Oct 18 2019 19:11:52     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ 07921-2693
4927802       E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 19:11:37     Internal Revenue Service,
              PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4927807      +E-mail/Text: Bankruptcies@nragroup.com Oct 18 2019 19:11:57     National Recovery Agency,
              2491 Paxton Street,   Harrisburg, Pennsylvania 17111-1036
4927809       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 19:11:44     PA Department of Revenue,
              Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4927815      +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 18 2019 19:11:45     United States Trustee,
              228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
                                                                           TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
4927796*     +Arcadia,   645 Penn Street,   Reading, Pennsylvania 19601-3543
4927798*     +Bureau of Account Management,   3607 Rosemont,   Camp Hill, Pennsylvania 17011-6904
                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o
       Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
      James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      John Matthew Hyams    on behalf of Debtor 1 Brad  Beck jmh@johnhyamslaw.com,  acb@johnhyamslaw.com,
       kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
      John Matthew Hyams    on behalf of Debtor 2 LeAnn M. Beck jmh@johnhyamslaw.com,
       acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                    TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**BRAD BECK**

|  |  |
|---|---|
| **Debtor 1** | **Chapter:** 13 |
| | **Case No.:** 1-17-bk-02251 HWV |

**LEANN M. BECK**

**Debtor 2**

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**
vs.

**Movant(s)**

**BRAD BECK**
**LEANN M. BECK**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 18, 2019

By the Court,

Henry W. Van Eck, Bankruptcy Judge (JH)